IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| V. | * | CASE NO. 4:13-cr-00139-SWW |
| | * | |
| ANTONIO LAMONT RICE | * | |

**ORDER**

On September 22, 2023, the Court held a hearing on the United States' petition (*Doc. 50*) to revoke the supervised release previously granted Defendant Antonio Lamont Rice. Mr. Rice was present with his appointed attorney, Russell Allen Wood, and Assistant United States Attorney Stephanie Mazzanti represented the Government.

Mr. Rice admitted a portion of the violations set forth in the violation memorandum. The Court found that Mr. Rice had violated the terms of his supervised release and that based on the violations admitted, he had committed a Grade A violation.

IT IS THEREFORE ORDERED AND ADJUDGED that the supervised release previously granted Defendant Antonio Lamont Rice be, and it is hereby, **REVOKED,** and the Government's petition (*Doc. 50*) is GRANTED.

IT IS FURTHER ORDERED that Defendant shall serve a term of imprisonment of **TWENTY-FOUR (24) MONTHS** in the custody of the Bureau of

Prisons. The Court recommends that Defendant participate in both residential substance abuse and mental health treatment during his incarceration.

There will be **ONE (1) YEAR** of supervised release following the term of incarceration. All standard conditions of supervision shall apply, in addition to the following special conditions:

1. You must participate in a substance abuse treatment program under the guidance and supervision of the probation office. The program may include drug and alcohol testing, outpatient counseling, and residential treatment. You must abstain from the use of alcohol during treatment. You must pay for the cost of treatment at the rate of $10 per session, with the total cost not to exceed $40 per month, based on ability to pay as determined by the probation office. If you are financially unable to pay for the cost of treatment, the co-pay requirement will be waived.

2. You must participate, under the guidance and supervision of the U.S. Probation Office, in a mental health treatment program, which may include psychological testing, outpatient counseling, and residential treatment. You will pay for the cost of treatment at the rate of $10 per session, with the total cost not to exceed $40 per month, based on ability to pay as determined by the probation office. In the event that you are financially unable to pay for the cost of treatment, the co-pay requirement will be waived.

Defendant is remanded to the custody of the United States Marshal Service.

IT IS SO ORDERED, this 25th day of September, 2023.

/s/Susan Webber Wright  
UNITED STATES DISTRICT JUDGE